### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00086-RPM-BNB

DEBBIE DEVAN,

    Plaintiff,

v.

PRIMARY FINANCIAL SERVICES, LLC, an Arizona limited liability company,

    Defendant.
_____

### ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                              BY THE COURT:

3-17-11                           s/Richard P. Matsch

_____      _____
DATE                             Richard P. Matsch, Senior Judge